UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAN G. VERHAAG, SR., a single person, and WAYNE and ROBERTA VERHAAG, a marital community,<br><br>        Plaintiffs,<br><br>v.<br><br>STEVENS COUNTY, et al.,<br><br>        Defendants. | No. CV-11-277-LRS<br><br>**ORDER OF DISMISSAL** |

The *pro se* Plaintiffs have been allowed to file their Complaint *in forma pauperis* subject to review by the undersigned for legal sufficiency. (ECF No. 5).

It is not apparent there is federal subject matter jurisdiction to adjudicate the asserted dispute. For federal question jurisdiction to exist, Plaintiff's action must arise under the Constitution, laws, or treaties of the United States. 28 U.S.C. Section 1331. The seven claims for relief listed by Plaintiffs in their Complaint (ECF No. 6) are all based on common law or Washington statutory law (Consumer Protection Act, RCW Chapter 19.86).[1] In conjunction with Plaintiffs' claim for fraud, there is a reference to alleged violations of "Title 43 U.S.C., Antiquities Act" and the "Congressional Ordinance of the Cadastral Survey" (ECF No. 6 at p.

---

[1] This court is unaware of any legislation known as the "Federal Consumer Protection Act."

**ORDER OF DISMISSAL-            1**

9), but this court has found no authority recognizing an express or implied civil cause of action based upon either the "Antiquities Act" or the "Congressional Ordinance of the Cadastral Survey." The allegations of the Complaint make clear this is a boundary dispute governed by state law (common and/or statutory law). In fact, Plaintiffs' Complaint appears to recognize as much. (ECF No. 6 at p. 8 referring to "§20.12. Property boundaries- A question of state law").

Federal diversity jurisdiction over Plaintiffs' state law claims would exist only if all of the Defendants were residents of states different from those states of which the Plaintiffs are residents. Because the Plaintiffs are residents of Washington and one or more of the named Defendants are also residents of Washington, diversity does not exist. 28 U.S.C. Section 1332.

Accordingly, this action is *sua sponte* **DISMISSED** with prejudice pursuant to 28 U.S.C. Section 1915e(2)(B)(ii) and (iii) for lack of federal subject matter jurisdiction. Plaintiffs retain the right to file a complaint in Stevens County Superior Court. Plaintiffs' Motion for Service by the U.S. Marshal (ECF No. 7) is **DISMISSED** as moot.

**IT IS SO ORDERED**. The District Executive shall enter judgment accordingly and forward copies of the judgment and this order to Plaintiffs and to counsel of record for any of the Defendants. The file shall be **CLOSED**.

**DATED** this  13th   of October, 2011.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Judge

**ORDER OF DISMISSAL-**          2