AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DAN G. VERHAAG, SR., a single person, and WAYNE
and ROBERTA VERHAAG, a marital community,

                Plaintiffs,

    v.

STEVENS COUNTY, et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-277-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order of Dismissal entered on October 13, 2011, ECF No. 10, this case is dismissed with prejudice pursuant to 28 U.S.C. Section 1915e(2)(B)(ii) and (iii) for lack of federal subject matter jurisdiction.

October 13, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas